| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Clevenger, Raymond C., III | 2. Court or Organization U.S. Court of Appeals for the Federal Circuit | 3. Date of Report 5/15/08 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Court Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2007 to 12/31/2007 |
| 7. Chambers or Office Address 717 Madison Place N.W. Washington DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 13 P 6:42 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/08 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-employed (photographer) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. U.S. Court of Appeals for the Federal Circuit | 6/26/07 | Cambridge, MD. | Judicial council meeting | room and food |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-08 |

# V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America c.s. | H1 | DIV | P3 | T | | | | | |
| 2. Smith Barney Managed Municipal Fund | E | INT | O | T | | | | | |
| 3. PNC Bank NOW account | D | INT | L | T | | | | | |
| 4. Shelter Properties VII Units | A | CAP DISTRIB | J | W | | | | | |
| 5. Shawnee Village Partners Units | A | CAP DISTRIB | J | W | | | | | |
| 6. Seminole Transp. Co. Mineral Contract | C | Contract payment | J | W | | | | | |
| 7. Coop Refining LLP Mineral Contract | A | Contract payment | J | W | | | | | |
| 8. Total Petroleum Co. Mineral Contract | B | Contract payment | J | W | | | | | |
| 9. Centrac Crude Co. Mineral Contract | B | Contract payment | J | W | | | | | |
| 10. Delaware Group Tax Free Fund | E | INT | N | T | | | | | |
| 11. Smith Barney Daily Div. Fund | E | INT | N | T | | | | | |
| 12. CA Inc. c.s. | A | DIV | M | T | | | | | |
| 13. Grant Prideco Inc. c.s. | A | DIV | N | T | | | | | |
| 14. Cree Inc. c.s. | | NONE | | | SOLD ALL | 1/4 | L | (E) | |
| 15. Garmin Ltd. c.s. | | NONE | | | SOLD ALL | 1/4 | N | (G) | |
| 16. Cameron Int'l Corp. c.s. | | NONE | | | SOLD ALL | 1/22 | M | E | |
| 17. Chicago Bridge & Iron NV shares | A | DIV | N | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
F =$50,001 - $100,000
B =$1,001 - $2,500
G =$100,001 - $1,000,000
C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
D =$5,001 - $15,000
H2 =More than $5,000,000
E =$15,001 - $50,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-08 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kansas City Southern Indus. C.S. | A | DIV | M | T | | | | | |
| 19. El Paso Corp. C.S. | | NONE | | | SOLD ALL | 1/30 | M | D | |
| 20. Mueller Water Products Inc. C.S. | A | DIV | | | SOLD ALL | 11/7 | M | (C) | |
| 21. ON Semiconductor Corp. C.S. | A | DIV | M | T | | | | | |
| 22. Walter Industries Inc. C.S. | A | DIV | N | T | | | | | |
| 23. China Natural Gas Inc. C.S. | A | DIV | L | T | BUY | 9/21 | L | | |
| 24. Countrywide Financial Corp. C.S. | | NONE | L | T | BUY | 11/30 | L | | |
| 25. Delta Petroleum Corp. C.S. | A | DIV | L | T | BUY | 8/30 | M | | |
| 26. Wesco International Inc. C.S. | | NONE | L | T | BUY | 9/24 | L | | |
| 27. | | | | | | | | | |
| 28. Merrill Lynch & Co. Inc. C.S. | A | DIV | J | T | | | | | |
| 29. Connecticut State Housing Bond | D | INT | L | T | | | | | |
| 30. New Jersey Sports Center Bond | C | INT | L | T | | | | | |
| 31. D.C. Howard University Bond | C | INT | L | T | | | | | |
| 32. D.C. General Hospital Bond | B | INT | L | T | | | | | |
| 33. New Jersey State Refunding Bond | C | INT | L | T | | | | | |
| 34. Metropolitan DC Airport Bond | B | INT | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-08 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Washington Area Transit Authority Bond | B | INT | L | T | | | | | |
| 36. MERRILL LYNCH FUNDS ↓ | | | | | | | | | |
| 37. Basic Value Fund | A | DIV | J | T | | | | | |
| 38. Global Fund | A | DIV | J | T | | | | | |
| 39. Phoenix Fund | A | DIV | J | T | | | | | |
| 40. Pacific Fund | A | DIV | J | T | | | | | |
| 41. Capital Growth Fund | A | DIV | J | T | | | | | |
| 42. G.T. Telecommunications Fund | A | DIV | J | T | | | | | |
| 43. Pasadena N.V. Trust Growth Fund | A | DIV | J | T | | | | | |
| 44. Scudder Capital Growth Fund | A | DIV | J | T | | | | | |
| 45. Odd Lot Fund | A | DIV | J | T | | | | | |
| 46. Gilead Sciences Inc. C.S. | A | DIV | J | T | | | | | |
| 47. ADC Telecommunications Inc. C.S. | A | DIV | | | SOLD ALL | 6/5 | J | A | |
| 48. Loral Space + Communications Inc. C.S. | A | DIV | J | T | | | | | |
| 49. Costco Cos. Inc. C.S. | A | DIV | J | T | | | | | |
| 50. American International Group C.S. | A | DIV | | | SOLD ALL | 7/26 | J | B | |
| 51. Berkshire Hathaway Co. C.S. | A | DIV | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-08 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Co. C.S. | A | P N | J | T | | | | | |
| 53. Level 3 Communications Inc. C.S. | A | DIV | J | T | | | | | |
| 54. Nokia Corp. C.S. | A | DIV | J | T | | | | | |
| 55. Qualcomm Inc. C.S. | | NONE | | | SOLD ALL | 3/16 | J | C | |
| 56. Texas Instruments Inc. C.S. | | NONE | | | SOLD ALL | 3/16 | J | A | |
| 57. Echelon Corp. C.S. | A | DIV | J | T | | | | | |
| 58. Siebel Systems Inc. C.S. | A | DIV | J | T | | | | | |
| 59. Human Genome Sciences Inc. C.S. | A | DIV | J | T | | | | | |
| 60. Lightbridge Inc. C.S. | | NONE | | | SOLD ALL | 3/16 | J | A | |
| 61. PMC Sierra Inc. C.S. | | NONE | | | SOLD ALL | 3/8 | J | (C) | |
| 62. Quidel Corp. C.S. | A | DIV | | | SOLD ALL | 4/27 | J | B | |
| 63. Sunguard Security Systems Inc. C.S. | A | DIV | J | T | | | | | |
| 64. Tekelec Corp. C.S. | A | DIV | | | SOLD ALL | 5/7 | J | (B) | |
| 65. Transgenomic Corp. C.S. | A | DIV | | | SOLD ALL | 6/8 | J | (D) | |
| 66. Tyco Inc. C.S. | A | DIV | J | T | | | | | |
| 67. Vitesse Semiconductor Corp. C.S. | A | DIV | | | SOLD ALL | 6/8 | J | A | |
| 68. Array Biopharma Co. C.S. | A | DIV | | | SOLD ALL | 6/8 | J | C | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-8 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Walt Disney Co. c.s. | A | DIV | J | T | | | | | |
| 70. Europacific Growth Fund | A | DIV | J | T | | | | | |
| 71. Global High Income Dollar Fund | A | DIV | J | T | | | | | |
| 72. Harvard Bioscience Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | (B) | |
| 73. Bluefly Inc. c.s. | A | DIV | J | T | | | | | |
| 74. Citadel Security Software Inc. cs | A | DIV | J | T | | | | | |
| 75. Enterasys Networks Inc. c.s. | | NONE | | | SOLD ALL | 1/3 | J | A | |
| 76. Finistar Corp. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | C | |
| 77. Inkline Pharmaceuticals Inc. c.s. | A | DIV | | | SOLD ALL | 6/6 | J | A | |
| 78. Sonosite Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | B | |
| 79. Stratex Networks Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | B | |
| 80. St. Paul Companies Inc. c.s. | A | DIV | J | T | | | | | |
| 81. Bank of America c.s. | A | DIV | J | T | | | | | |
| 82. Blackrock Trust Co. c.s. | A | DIV | J | T | | | | | |
| 83. Canadian Oil Sands Trust Co. c.s. | A | DIV | J | T | | | | | |
| 84. Chevron Texaco Co. c.s | A | DIV | J | T | | | | | |
| 85. Cisco Corp. c.s | A | DIV | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,000 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-08 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Diversa Corp. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | (A) | |
| 87. Dominion Reserve Inc. c.s. | A | DIV | J | T | | | | | |
| 88. Exxon Mobil Corp. c.s. | A | DIV | J | T | | | | | |
| 89. Ing International Small Cap Fund | A | DIV | J | T | | | | | |
| 90. J.P. Morgan Chase+Co. Inc. c.s. | A | DIV | J | T | | | | | |
| 91. Kayne Anderson Midstream Investment c.s. | A | DIV | J | T | | | | | |
| 92. Lionbridge Technologies Inc. c.s. | | NONE | | | SOLD ALL | 2/8 | J | A | |
| 93. Lowe's Cos. Inc. c.s. | A | DIV | J | T | | | | | |
| 94. MBNA Corp. c.s. | A | DIV | J | T | | | | | |
| 95. Medarex Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | B | |
| 96. PHLO Corp. c.s. | A | DIV | J | T | | | | | |
| 97. Plum Creek Timber Co. Inc. c.s. | A | DIV | J | T | | | | | |
| 98. Redback Networks Inc. c.s. | | NONE | | | SOLD ALL | 1/26 | J | A | |
| 99. Royal Dutch Petroleum Corp. c.s. | A | DIV | J | T | | | | | |
| 100. SBC Communications Inc. c.s. | A | DIV | J | T | | | | | |
| 101. Star Scientific Inc. c.s. | A | DIV | J | T | | | | | |
| 102. Superconductor Technologies Inc. c.s. | A | DIV | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-08 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Verizon Inc. c.s. | A | DIV | J | T | | | | | |
| 87. Informatica Corp. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | C | |
| 88. Keeley Small Cap Value Fund | A | DIV | J | T | | | | | |
| 89. Mindspeed Technologies Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | B | |
| 90. Nuvasive Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | C | |
| 91. Oppenheimer Int'l Small Co. Fund | A | DIV | J | T | | | | | |
| 92. Phase Forward Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | C | |
| 93. Putnam International Inc. c.s. | A | DIV | J | T | | | | | |
| 94. Rae Systems Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | (A) | |
| 95. Rayonier REIT Inc. c.s. | A | DIV | J | T | | | | | |
| 96. Sangamo Biosciences Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | B | |
| 97. Snow Capital Management Fund | A | DIV | J | T | | | | | |
| 98. Symmetricom Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | A | |
| 99. Verisign Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | B | |
| 100. Vital Images Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | B | |
| 101. Archer Daniels Midland Inc. c.s. | A | DIV | | | SOLD ALL | 10/4 | J | A | |
| 102. Dexcom Inc. c.s. | A | DIV | | | SOLD ALL | 6/8 | J | (c) | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond G VII | 5-15-08 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset ――― exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Durect Corp. C.S. | A | DIV | | | SOLD ALL | 6/8 | J | (A) | |
| 87. International Game Technology Inc. C.S. | A | DIV | J | T | | | | | |
| 88. Iris Intl. Inc. C.S. | A | DIV | | | SOLD ALL | 6/8 | J | B | |
| 89. Ishares DJ Select DIV Fund | A | DIV | J | T | | | | | |
| 90. Ishares MSCI EAFE Index Fund | A | DIV | J | T | | | | | |
| 91. News Corp. Inc. C.S. | A | DIV | J | T | | | | | |
| 92. Penn West Energy Trust C.S. | | NONE | | | SOLD ALL | 3/16 | J | (B) | |
| 93. Regeneration Tech. Inc. C.S. | A | DIV | | | SOLD ALL | 1/8 | J | C | |
| 94. Regeneron Pharmaceuticals Inc. C.S. | A | DIV | | | SOLD ALL | 6/8 | J | (A) | |
| 95. Smuckers Inc. C.S. | A | DIV | J | T | | | | | |
| 96. SRA International Inc. C.S. | A | DIV | J | T | | | | | |
| 97. Zymogenetics Inc. C.S. | A | DIV | | | SOLD ALL | 6/8 | J | (A) | |
| 98. Dodge & Cox Int'l Stock C.S. | A | DIV | J | T | BUY | 7/18 | J | | |
| 99. Fairholme Fund Shares | A | DIV | E | T | BUY | 6/11 | E | | |
| 100. G Market Inc. ADR Shares | A | DIV | C | T | BUY | 10/4 | C | | |
| 101. Hewlett Packard Co. Inc. C.S. | A | DIV | D | T | BUY | 10/4 | D | | |
| 102. Lazard Energy Markets RETL Shares | A | DIV | E | T | BUY | 6/11 | E | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-08 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Monsanto Co. C.S. | A | DIV | C | T | BUY | 10/4 | C | | |
| 87. Powershares Water Reserve-shares Portfolio | A | DIV | D | T | BUY | 7/23 | D | | |
| 88. Reeltime Rentals Inc. C.S | A | DIV | B | T | BUY | 3/8 | B | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C, III | 5-15-08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-08 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544